# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRUNELL SADLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-15-144-F |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On December 29, 2015, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation, recommending that defendant's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income benefits be reversed and remanded for further proceedings. Magistrate Judge Jones advised the parties of their right to object to the Report and Recommendation by January 12, 2016 and further advised that failure to make timely objection waives the right to appellate review of the factual and legal issues addressed.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection to the Report and Recommendation being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones (doc. no. 22) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Defendant's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income benefits is

**REVERSED** and the matter is **REMANDED** for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED January 13, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0144p002.wpd